UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DOMENIC AIELLO,

                    Defendant.

**ORDER**

18 Cr. 427 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant presently scheduled

for December 16, 2019 is adjourned to **January 6, 2020 at 4:00 p.m.** in Courtroom 705 of the

Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       December 13, 2019

                    SO ORDERED.

                    _____
                    Paul G. Gardephe
                    United States District Judge