UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DOMENIC AIELLO,

Defendant.

**ORDER**

18 Cr. 427 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant presently scheduled for January 6, 2020 is adjourned to **January 16, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
January 6, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge