

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 14, 2020

BY CM/ECF

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: <u>United States</u> v. <u>Anilesh Ahuja, et al.</u>
S1 18 Cr. 328 (KPF)

Dear Judge Failla:

The Government writes, with the consent of the defendants, to request that the deadline for the Government's restitution submission be adjourned from today, January 14, 2020, to Friday, January 17, 2020. The Government requests this extension to enable the parties to continue to discuss whether a joint proposal regarding restitution can be reached.

Respectfully submitted,

AUDREY STRAUSS
Attorney for the United States
Acting Under Authority Conferred by
28 U.S.C. § 515

  /s/
Andrea M. Griswold
Joshua A. Naftalis
Max Nicholas
Assistant United States Attorneys
(212) 637-1205/2310/1565

Application GRANTED.

Dated: January 15, 2020
       New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE