# MEMORANDUM

TO: Honorable Paul G. Gardephe
United States District Judge

FROM: Erin Cunningham
United States Pretrial Services Officer

RE: Domenic Aiello
DOCKET# 18-cr-427-002

The attached memorandum was prepared by Pretrial Services Officer:

| **Erin Cunningham** | 212-805-4328 |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ] My chambers will inform all parties concerned that I will conduct a Bail Review Hearing in

Courtroom # _____ on _____ at _____ .
                         Date              Time

[ ] I request that a Bail Review Hearing be conducted by:

  [ ] The presiding Magistrate Judge in courtroom # 5A.

  [ ] The District Court Judge presiding in Part I.

  [ ] _____ at his/her earliest convenience.
       Judicial Officer

[ ] A bench warrant shall be issued for the defendant's arrest

So Ordered: _____/s/ Paul G. Gardephe_____  Date Jan. 20, 2020