**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 6, 2020

**BY ECF AND EMAIL**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED
The surrender date is adjourned to
October 19, 2020.
SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
July 7, 2020

Re:   **United States v. Domenic Aiello**
      **18 Cr. 427 (PGG)**

Dear Judge Gardephe:

      This letter is respectfully submitted on behalf of my client, Domenic Aiello, to request an extension of the date for Mr. Aiello's voluntary surrender to the Bureau of Prisons. He is currently scheduled to surrender on July 21, 2020. He has not yet been designated by the Bureau of Prisons. We request an extension of his surrender date for approximately 90 days until October, 2020. We make this request in light of the current COVID-19 pandemic and its impact on the Federal Prisons. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ These conditions have been identified by the CDC as high risk illnesses which place an individual who contracts COVID-19 at high risk for serious consequences including possible death. FMC Devens, recommended by the Court at the time of sentencing, currently has 9 positive cases of COVID-19 among inmates and an additional 43 inmates who have recovered. They have experienced 2 inmate deaths. See BOP website as of July 6, 2020. Mr. Aiello continues to report as required to Pretrial Services, continues to receive medical care, and has not engaged in any violations of his supervision.

      I have spoken with Danielle Sassoon, on behalf of the Government, and Erin Cunningham, on behalf of PTSA, and they both consent to this application.

Respectfully submitted,
/s/
Robert M. Baum
Assistant Federal Defender

**SO ORDERED:**

_____
**HONORABLE PAUL G. GARDEPHE**
United States District Judge

cc:   Denise R. Sassoon, Esq.
      Nicolas Roos, Esq.
      Assistant United States Attorneys