```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA       :

         - v -                 :
                                      18 Cr. 427 (PGG)
DOMINIC AIELLO,                :
                               :
         Defendant.
------------------------------X
```

Upon the application of the above-captioned defendant, **DOMINIC AIELLO**, by and through his attorney, Robert M. Baum, Esq. of the Federal Defenders of New York;

**IT IS ORDERED** that the Bureau of Prisons permit **DOMINIC AIELLO**, Federal Register Number 85487-054, to take his prescribed medications as set forth in the attachment to this Order, as Exhibit A, to ensure that his serious medical conditions are adequately treated and also allow Mr. Aiello the use of a CPAP machine to sleep with to address serious sleep apnea.

SO ORDERED:

*Paul S. Gardephe*

**HONORABLE PAUL G. GARDEPHE**
United States District Judge

Dated:   April 15, 2021
         New York, New York

**EXHIBIT A**

(1)  Metropolol       50 mg 2x per day

(2)  Corlanor         5 mg 2x per day

(3)  Protonix         40 mg 1x per day

(4)  Singular         10 mg 1x per day

(5)  Clonazepam       1 mg 2x per day

(6)  Topamax          100 mg 2x per day

(7)  Wellbutrin       150 mg 1x per day

(8)  Lipitor          80 mg 1x per day

(9)  vitamin D

(10) Albuterol inhaler

(11) Eliquis          5 mg 2x per day

(12) Naproxen         500 mg

(13) CPAP Machine for sleep apnea